UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 07 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BENEDICT CONSENTINO,<br><br>        Petitioner - Appellant,<br><br> v.<br><br>PECHANGA BAND OF LUISENO MISSION INDIANS and PECHANGA GAMING COMMISSION,<br><br>        Respondents - Appellees. | No. 13-57113<br><br>D.C. No. 5:13-cv-00912-R-OP<br>U.S. District Court for Central California, Riverside<br><br>**MANDATE** |

The judgment of this Court, entered February 22, 2016, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                               FOR THE COURT:
                                               Molly C. Dwyer
                                             Clerk of Court

                                             Craig Westbrooke
                                             Deputy Clerk